■  KEVIN HEKL, an Infant, by His Guardian ad Litem, CHARLES HEKL, et al., Respondents, v. LAWRENCE MURRAY, Appellant.— Order of the Supreme Court, Westchester County, entered October 26, 1965 in Rockland County, affirmed, without costs (People v. Dorthy, 156 N. Y. 237; Hyman v. Dworsky, 239 App. Div. 413; Batease v. Dion, 275 App. Div. 451; Richardson, Evidence [9th ed.] § 511). Rabin, P. J., Munder, Latham, Shapiro and Gulotta, JJ., concur.